**Order entered January 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00724-CR

## MICHAEL LYNN ROGERS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F18-00263-T

## ORDER

Before the Court is court reporter Trashuna Salaam's January 7, 2019 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **January 22, 2019**. We caution Ms. Salaam that if the reporter's record is not filed by January 22, 2019, the Court will use whatever remedies it has available, which may include ordering that Ms. Salaam not sit as a court reporter until she files the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; Trashuna Salaam, court reporter, 283rd Judicial

District Court; and to counsel for all parties.

/s/     LANA MYERS
             JUSTICE